# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Builders Insurance Group, Inc.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **Signal Mountain Construction, Inc.,** | ) | No. 1:14-cv-203 |
| **Dr. Garrett Ka Keung Lam and** | ) | |
| **Jennifer Lynn Lam,** | ) | |
| | ) | |
| | ) | |
|     **Defendants.** | ) | |

---

## NOTICE OF DISMISSAL OF ACTION BY PLAINTIFF
---

Plaintiff, Builders Insurance Group, Inc., hereby gives notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), that the above-styled action was commenced on June 27, 2014 and no Defendant has filed either an Answer or a Motion for Summary Judgment. Therefore, Plaintiff dismisses the above-entitled action without prejudice.

The clerk of the above-entitled Court is requested to enter this dismissal in the records of the Court.

                                                                                         Respectfully submitted this 2nd day of October, 2014.

                                                                                         MOORE INGRAM JOHNSON & STEELE, LLP

                                                                                         s/ Brent R. Laman
                                                                                         Brent R. Laman, BPR No. 32214
                                                                                         Cedar Ridge Office Park
                                                                                         408 N. Cedar Bluff Road, Suite 500
                                                                                         Knoxville, TN 37923
                                                                                         (865)692-9039

# CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing **Notice of Dismissal Of Action By Plaintiff** has been filed electronically and has been served upon the following parties in interest herein by delivering same to the offices of said parties in interest, or by mailing same to the offices of said parties in interest by U.S. Mail with sufficient postage thereon to carry the same to its destination, addressed as follows:

Dr. Garrett Ka Keung Lam and
Jennifer Lynn Lam
103 South Drive
Signal Mountain, Tennessee 37377

Signal Mountain Construction, Inc.
(c/o)Jacqueline Hulgan
1706 S. Holtzclaw Avenue
Chattanooga, Tennessee 37404

This 2nd day of October, 2014.

s/ Brent R. Laman
Brent R. Laman